JOEL H. SIEGAL, ESQ. [SBN: 117044]
RICHARD L. RICHARDSON, ESQ. [SBN: 250676]
Law Office of Joel H. Siegal & Associates
235 Montgomery Street, Suite 800
San Francisco, California 94104
Telephone:   415.651.1949
Facsimile:    415.777.5247
Email:         richard@rrichardsonlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MACARTHUR; DANTE ANDRY; JOSEPH MCGOWAN; ARTHUR STERN, JR.;<br>Plaintiffs,<br>vs.<br>CITY AND COUNTY OF SAN FRANCISCO, a local public entity; THE SAN FRANCISCO POLICE DEPARTMENT; LEONARD BROBERG, individually, and, in his official capacity as a San Francisco Police Department Officer; CHRISTOPHER LEONG, individually, and, in his official capacity as a San Francisco Police Department Officer; ERIC EASTLUND, individually, and, in his official capacity as a San Francisco Police Department Officer; PATRICK FAYE, individually, and, in his official capacity as a San Francisco Police Department Officer; PAUL WILGUS, individually, and, in his official capacity as a San Francisco Police Department Officer; JOSEPH OBIDI, individually, and, in his official capacity as a San Francisco Police Department Officer; RICHARD RUIZ, individually, and, in his official capacity as a San Francisco Police Department Officer and Does 1-100.,<br>Defendants. | Case No.: 15-cv-02164-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Trial Date:   July 18, 2016 |

**STIPULATED ORDER TO EXTEND TIME FOR PLAINTIFFS' TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 6(b) the parties have met and conferred and agree regarding Plaintiff's Opposition to Defendants' Motion for Summary Judgment as follows:

GOOD CAUSE APPEARING, the parties stipulate, through their attorneys of record, that the deadline for filing Plaintiff's Opposition to Defendant's Motion for Summary Judgment be extended to the close of business on May 9, 2016 based upon the following facts:

1. On or about March 11, 2016, Joel H. Siegal, co-counsel named in the complaint and representing Plaintiffs fell down a flight of concrete steps resulting in counsel breaking bones in both legs and undergoing multiple surgeries;

2. Thereafter, counsel has been unavailable due to being hospitalized and placed under strict doctor's orders to be non-weight bearing and confined to his home until August 1, 2016;

3. Whereas co-counsel Richard L. Richardson made a request to Defendants for an extension of time of two businesses days to file Plaintiffs Opposition before the expiration of the deadline imposed by the local rules;

4. Whereas said extension is a short and reasonable amount of time based upon the Circumstances so as not to prejudice the parties;

IT IS SO STIPULATED.

Dated: May 6, 2016

RICHARD L. RICHARDSON
Attorney for Plaintiffs

/s/ Margaret Baumgartner
MARGARET BAUMGARTNER
Attorney for Defendants

## ORDER

Based on the stipulation of the parties, the time for filing Plaintiff's Opposition to the Motion for Summary Judgement is extended until the close of business on May 9, 2016. Defendants' reply is due May 13, 2016.

Dated: May 9, 2016.

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE