IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MACARTHUR; DANTE ANDRY; JOSEPH MCGOWAN; ARTHUR STERN JR., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO; THE SAN FRANCISCO POLICE DEPARTMENT; LEONARD BROBERG; CHRISTOPHER LEONG; ERIC EASTLUND; PATRICK FAYE; PAUL WILGUS; JOSEPH OBIDI; RICHARD RUIZ, <br><br> Defendants. | No. C 15-02164 WHA <br><br> **NOTICE REGARDING IMPROPER FILING OF SEALED DOCUMENTS** |

On May 9, 2016, plaintiffs filed an opposition to defendants' motion for summary judgment. With their submission, plaintiffs improperly filed sealed documents without an accompanying motion to file under seal. These documents will be disregarded. If plaintiffs wish to file documents under seal, they must do so in accordance with the local rules.

**IT IS SO ORDERED.**

Dated: May 16, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE