DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar #151762
NEWTON OLDFATHER, State Bar #281227
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3859 [Baumgartner]
Telephone:     (415) 554-4283 [Oldfather]
Facsimile:     (415) 554-3837
E-Mail:         margaret.baumgartner@sfgov.org
E-Mail:         newton.oldfather@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MACARTHUR; DANTE ANDRY; JOSEPH MCGOWAN; ARTHUR STERN JR., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, a local public entity; THE SAN FRANCISCO POLICE DEPARTMENT; LEONARD BROBERG, individually, and, in his official capacity as a San Francisco Police Department Officer; CHRISTOPHER LEONG, individually, and, in his official capacity as a San Francisco Police Department Officer; ERIC EASTLUND, individually, and, in his official capacity as a San Francisco Police Department Officer; PATRICK FAYE, individually, and, in his official capacity as a San Francisco Police Department Officer; PAUL WILGUS, individually, and, in his official capacity as a San Francisco Police Department Officer; JOSEPH OBIDI, individually, and, in his official capacity as a San Francisco Police Officer; RICHARD RUIZ, individually, and, in his official capacity as a San Francisco Police Department Officer and Does 1-100., <br><br> Defendants. | Case No. 3:15-cv-2164 WHA <br><br> **REQUEST FOR DISMISSAL;** ~~**PROPOSED**~~ **ORDER OF DISMISSAL** <br><br> Trial Date:         July 18, 2016 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that Plaintiffs Brian Macarthur, Dante Andry, and Joseph McGowan ONLY voluntarily dismiss this action with prejudice. The parties agree that they shall each bear their own costs and attorneys' fees.

Dated: June 27, 2016

    DENNIS J. HERRERA
    City Attorney
    CHERYL ADAMS
    Chief Trial Deputy
    MARGARET W. BAUMGARTNER
    NEWTON OLDFATHER
    Deputy City Attorneys

    By: */s/ Margaret W. Baumgartner*
    MARGARET W. BAUMGARTNER

    Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO ET AL.

Dated: June 27, 2016

    Law Office of Joel H. Siegal & Associates

    By: */s/ Richard L. Richardson*
    JOEL H. SIEGAL, ESQ.
    RICHARD L. RICHARDSON, ESQ.

    Attorneys for Plaintiffs
    BRIAN MACARTHUR; DANTE ANDRY; JOSEPH MCGOWAN; ARTHUR STERN JR.

**[PROPOSED] ORDER**

The court dismisses this action with prejudice as to plaintiffs Brian Macarthur, Dante Andry, and Joseph McGowan ONLY.  As for these three plaintiffs, each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:   June 30, 2016.



HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE