JOEL H. SIEGAL, ESQ. [SBN: 117044]
RICHARD L. RICHARDSON, ESQ. [SBN: 250676]
Law Office of Joel H. Siegal & Associates
235 Montgomery Street, Suite 800
San Francisco, California 94104
Telephone: 415.651.1949
Facsimile: 415.777.5247
Email: richard@rrichardsonlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT OF CALIFORNIA

BRIAN MCARTHUR; DANTE ANDRY; JOSEPH MCGOWAN; ARTHUR STERN, JR.;
Plaintiffs,
vs.
CITY AND COUNTY OF SAN FRANCISCO, a local public entity; THE SAN FRANCISCO POLICE DEPARTMENT; LEONARD BROBERG, individually, and, in his official capacity as a San Francisco Police Department Officer; CHRISTOPHER LEONG, individually, and, in his official capacity as a San Francisco Police Department Officer; ERIC EASTLUND, individually, and, in his official capacity as a San Francisco Police Department Officer; PATRICK FAYE, individually, and, in his official capacity as a San Francisco Police Department Officer; PAUL WILGUS, individually, and, in his official capacity as a San Francisco Police Department Officer; JOSEPH OBIDI, individually, and, in his official capacity as a San Francisco Police Department Officer; RICHARD RUIZ, individually, and, in his official capacity as a San Francisco Police Department Officer and Does 1-100.,
Defendants.

Case No.: 15-cv-02164-WHA

**STIPULATED REQUEST FOR DISMISSAL AND ~~[PROPOSED]~~ ORDER**

Trial Date: July 18, 2016

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that Plaintiff Arthur Stern voluntarily dismisses this action with prejudice as to all Defendants. In return, all parties agree that they shall each bear their own costs and attorneys' fees.

Dated: July 6, 2016

/s/ Richard L. Richardson
Richard L. Richardson
(Attorney for Plaintiff)

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
MARGARET W. BAUMGARTNER
NEWTON OLDFATHER
Deputy City Attorneys

/s/ Margaret Baumgartner
Margaret Baumgartner
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO ET AL.

**[~~PROPOSED~~] ORDER**

The court dismisses this action with prejudice as to Plaintiff ARTHUR STERN. All parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 6, 2016.

HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE